FILED
SUPERIOR COURT
OF GUAM

2014 JUN 20 PM 3: 35

CLERK OF COURT
BY:_____

## IN THE SUPERIOR COURT
## OF GUAM

| | | |
|---|---|---|
| THE PEOPLE OF GUAM, | ) | CRIMINAL CASE No. CF0049-13 |
| | ) | |
| v. | ) | **DECISION AND ORDER** |
| | ) | |
| CLIFFORD B. SAN NICOLAS, | ) | |
| Defendant. | ) | |

Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam, Defendant's Motion to for Expert Forensic Witness, was taken under advisement by the Honorable Judge Michael J. Bordallo on June 20, 2014. The People are represented by Assistant Attorney General Brian D. Gallagher. Defendant is represented by attorney Douglas B. Moylan. After reviewing and considering the memoranda and papers of the parties and the file herein the Court hereby grants Defendant's motion.

## BACKGROUND

On January 31, 2014 a Superseding Indictment charged Defendant with: 1) Aggravated Murder, as a 1st Degree Felony, with Special Allegation, Possession and Use of a Deadly Weapon in the Commission of a Felony; 2) Family Violence, as a 3rd Degree Felony; and 3) Possession of a Firearm without an Identification Card.

On May 15, 2014, Defendant filed a motion for expert forensic witness. In support of this request Defendant cites to Rule 1.1.4 of the Miscellaneous Rules of the Superior Court of Guam. Defendant argues that the appointment of an expert witness is necessary to review the



reports provided by the People, asserting the actual cause of death. To support this argument Defendant asserts that the death of the victim did not occur until one year after the initial events alleged to have caused it. Additionally Defendant requests that the fee cap be increased to $10,000.00 in this case.

The People filed their response to Defendant's motion on June 13, 2014. In it the People indicate that it takes no position on Defendant's motion.

## DISCUSSION

Rule 1.14(A) of the Miscellaneous Rules of the Superior Court of Guam provides, "The court may authorize counsel appointed under these Rules to retain the services of investigators, experts and interpreters upon a showing that such services are necessary for adequate representation of the person." Super. Ct. Guam MR 1.1.4. On January 3, 2003, the Guam Supreme Court outlined the standard for the public appointment of an expert witness for the indigent. *People v. Santos*, 2003 Guam 1 ¶¶ 15-19. As explained by the *Santos* Court an indigent person's ability to subpoena an expert witness is identified by Section 75.15 of Title 8 of the Guam Code. 8 GCA § 75.15 (2013). On its face Section 75.15 allows for the payment of costs of witnesses who have been shown necessary to an indigent defendant's case. *Id.*

To prove necessity of an expert the *Santos* court explained that a defendant must first, as a threshold requirement, demonstrate that issue upon which expert testimony may be required will be a significant factor at trial. *Santos*, 2003 Guam 1 ¶ 18. The Court is next to consider three factors: 1) the private interest that will be affected by the action of the State; 2) the governmental interest that will be affected if the safeguard is to be provided; and 3) the probable value of the additional safeguard sought. *Id.*

In this case the Court is persuaded that sufficient facts have been asserted to support a finding under any of the above rules. Given the protracted period of time between the date of the incidents alleged and the date of death the court finds the appointment of an expert in this case necessary to the adequate representation of the Defendant and that the issue of causation will be a significant factor at trial. Additionally the Court finds it necessary to raise the cap on fees to a limit of $5,000.00 with leave to file for an additional amount upon a further showing of need.

## CONCLUSION

Based on the foregoing, the Defendant's motion is GRANTED. The cap on fees shall be further increased to $5,000.00. Further Proceedings are set for _July 8_ 2014 at _10:40 A_.m.

SO ORDERED, this _20th_ day of _June_ 2014.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of: _D. Moylan_
_AG / DMR_
Date: _6/20/14_ Time: _415_
_____
Deputy Clerk, Superior Court of Guam